

# U.S. District Court

## West Virginia Southern - Charleston

Receipt Date: Oct 17, 2023 10:59AM

TIM CARRICO  
214 Capitol Street  
Charleston, WV 25301

| Rcpt. No: 2001768 | | Trans. Date: Oct 17, 2023 10:59AM | | | Cashier ID: #MS |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 700 | Criminal Debt | DWVS223CR000048 /001<br>DANIEL PHILLIP BECKMAN | 1 | 100.00 | 100.00 |

| CD | Tender | | Amt |
|---|---|---|---|
| CA | Cash | | $100.00 |
| | | Total Due Prior to Payment: | $100.00 |
| | | Total Tendered: | $100.00 |
| | | Total Cash Received: | $100.00 |
| | | Cash Change Amount: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.